## 47976. CRAWFORD v. THE STATE.

EBERHARDT, Presiding Judge. A careful and thorough examination of the record in this matter reveals no reversible error, and the judgment is affirmed.

*Judgment affirmed. Pannell and Stolz, JJ., concur.*

SUBMITTED MARCH 7, 1973 — DECIDED APRIL 2, 1973.

Robert C. Crawford, *pro se.*